1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   NERI ALVAREZ-NATIVIDAD
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  No. 09-394 GEB
                                   )
11                  Plaintiff,     )  STIPULATION AND [PROPOSED ORDER]
                                   )
12       v.                        )  Date:  October 30, 2009
                                   )  Time:  9:00 a.m.
13  NERI ALVAREZ-NATIVIDAD,        )  Judge: Hon. Garland E. Burrell
                                   )
14                  Defendant.     )
    _____)
15

16       IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17  D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18  attorney for Mr. Alvarez, that the Court should vacate the status

19  conference scheduled for October 30, 2009, at 9:00 a.m., and reset it

20  for December 4, 2009, at 9:00 a.m.

21       Counsel for Mr. Alvarez awaits the forthcoming Pre-Plea Advisory

22  Guideline Presentence Investigation Report.  Counsel requires the

23  continuance in order to review the report with Mr. Alvarez, and to

24  review a forthcoming plea offer from the government.

25       It is further stipulated by the parties that the Court should

26  exclude the period from the date of this order through December 4,

27

28  STIPULATION AND [PROPOSED ORDER]          1                      09-394 GEB

1   2009, when it computes the time within which the trial of the above

2   criminal prosecution must commence for purposes of the Speedy Trial

3   Act.  The parties stipulate that the ends of justice served by granting

4   Mr. Alvarez's request for a continuance outweigh the best interest of

5   the public and Mr. Alvarez in a speedy trial, and that this is an

6   appropriate exclusion of time for defense preparation within the

7   meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

8   Dated: October 27, 2009              Respectfully submitted,

9                                        DANIEL BRODERICK
                                         Federal Defender
10
                                         /s/ M.Petrik
11                                       _____
12                                       MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys for Defendant
13

14  Dated: October 27, 2009              LAWRENCE G. BROWN
                                         United States Attorney
15
                                         /s/ M.Petrik for Michael D. Anderson
16                                       _____
                                         MICHAEL D. ANDERSON
17                                       Assistant U.S. Attorney

18

19                                **ORDER**

20       **IT IS SO ORDERED.**  The Court orders time excluded from the date of

21  this order through the status conference on December 4, 2009, pursuant

22  to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

23

24  Dated:  October 27, 2009

25

26                                       _____
                                         GARLAND E. BURRELL, JR.
27                                       United States District Judge

28  STIPULATION AND [PROPOSED ORDER]           2                    09-394 GEB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28