1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
3   Designated Counsel For Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    NERI ALVAREZ-NATIVIDAD
7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. 09-394 GEB
                                     )
12                    Plaintiff,     )  STIPULATION AND ORDER
                                     )
13        v.                         )  Date:   December 4, 2009
                                     )  Time:   9:00 a.m.
14  NERI ALVAREZ-NATIVIDAD,          )  Judge:  Hon. Garland E. Burrell
                                     )
15                    Defendant.     )
    _____)
16

17       IT IS HEREBY STIPULATED by the parties, through counsel, Michael

18  D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

19  attorney for Mr. Alvarez, that the Court should vacate the status

20  conference scheduled for December 4, 2009, at 9:00 a.m., and reset it

21  for January 29, 2010, at 9:00 a.m.

22       Counsel requires the continuance in order to review the Advisory

23  Guideline Presentence Investigation Report with Mr. Alvarez, and to

24  review a forthcoming plea offer from the government.

25       It is further stipulated by the parties that the Court should

26  exclude the period from the date of this order through January 29,

27

28  STIPULATION AND [PROPOSED ORDER]        1                    09-394 GEB

2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Alvarez's request for a continuance outweigh the best interest of the public and Mr. Alvarez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 30, 2009                Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: November 30, 2009                LAWRENCE G. BROWN
                                        United States Attorney

                                        /s/ M.Petrik for Michael D. Anderson
                                        _____
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney


                                   **ORDER**

    **IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on January 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  December 1, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                        09-394 GEB