```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    NERI ALVAREZ-NATIVIDAD
 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  No. 09-394 GEB
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER
                                 )
12      v.                       )  Date:  January 29, 2010
                                 )  Time:  9:00 a.m.
13  NERI ALVAREZ-NATIVIDAD,      )  Judge: Hon. Garland E. Burrell
                                 )
14              Defendant.       )
    _____)
15
```

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17  D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18  attorney for Mr. Alvarez, that the Court should vacate the status

19  conference scheduled for January 29, 2010, at 9:00 a.m., and reset it

20  for February 26, 2010, at 9:00 a.m.

21      Counsel requires the continuance in order to review the Advisory

22  Guideline Presentence Investigation Report with Mr. Alvarez, and to

23  review a forthcoming plea offer from the government.

24      It is further stipulated by the parties that the Court should

25  exclude the period from the date of this order through February 26,

26  2010, when it computes the time within which the trial of the above

27

28  STIPULATION AND [PROPOSED ORDER]          1                    09-394 GEB

criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Alvarez's request for a continuance outweigh the best interest of the public and Mr. Alvarez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 28, 2010        Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant

Dated: January 28, 2010        BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for Michael D. Anderson
                                      _____
                                      MICHAEL D. ANDERSON
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on February 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 28, 2010

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge